United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTGOMERY CARL AKERS,

        Plaintiff,

      v.

E. CHEN, et al.,

        Defendants.

Case No. 22-cv-05555 BLF (PR)

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER TO SHOW CAUSE**

(Docket No. 15)

Plaintiff, a convicted and sentenced federal prisoner currently confined at the USP Marion in Illinois, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against a state court judge and under *Bivens*[1] against a district court judge and several federal employees. Dkt. No. 1 at 1, 4. Plaintiff was granted leave to proceed *in forma pauperis* ("IFP") in a separate order. Dkt. No. 9. The matter was reassigned to this Court on November 15, 2022. Dkt. Nos. 9, 10.

On March 13, 2023, the Court ordered Plaintiff to show cause why his IFP status should not be revoked under 28 U.S.C. § 1915(g) as he had three or more prior lawsuits that were dismissed for failure to state a cognizable claim or as frivolous or malicious.

---

[1] *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

United States District Court
Northern District of California

1    Dkt. No. 12.  Plaintiff was directed to file a response no later than twenty-eight days from

2    the date the order was filed.  *Id.* at 7.

3         Plaintiff has filed a motion for an extension of time to file a response, stating that he

4    did not receive the court order until March 29, 2023.  Dkt. No. 15 at 1.  Plaintiff states that

5    he needs more time to amass information to prepare his response.  *Id.* at 2.  Plaintiff also

6    plans to file sworn statements, his own and from other prisoners, regarding the actions of

7    the Defendants in this matter, and to file other information and separate motions regarding

8    his claims.  *Id.* at 2-3.

9         Good cause appearing, the motion for an extension of time to file a response to the

10   Court's Order to Show Cause is **GRANTED**.  Plaintiff's response shall be filed **no later**

11   **than May 31, 2023,** as requested.  Plaintiff is advised that he must limit his response to the

12   matter addressed in the court order, *i.e.*, to show why § 1915(g) does not bar pauper status

13   for him.  He may only do so by showing that at least five of the seven prior dismissals

14   discussed in the court order should not count as a strike such that he is not barred from

15   proceeding IFP in this matter.  *Id.* at 3.  Therefore, any information and arguments

16   regarding the actions of Defendants in this matter will not be considered as irrelevant on

17   this preliminary issue.  Furthermore, the Court will not entertain any motions regarding the

18   Defendants or claims in this action until the issue of Plaintiff's IFP status is resolved.

19

20                              **CONCLUSION**

21        For the reasons stated above, Plaintiff's motion for an extension of time to respond

22   to the Court's Order to Show Cause is **GRANTED**.  Dkt. No. 15.  Plaintiff shall file his

23   response **no later than May 31, 2023**.

24        If Plaintiff fails to file a response in the time provided, his IFP status shall be

25   revoked and the full filing fee, or the remaining balance, will be immediately due.  If the

26   fee is not paid in due time, this case will be dismissed without prejudice for failure to pay

27   the filing fee without further notice to Plaintiff.

28                                    2

United States District Court
Northern District of California

1

**IT IS SO ORDERED.**

2   **Dated:  _April 13, 2023_____**

BETH LABSON FREEMAN
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Order Granting Mot. for EOT to file Response to OSC
PRO-SE\BLF\CR.22\05555Akers_eot-osc.1915g

26

27

28                                               3