UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTGOMERY CARL AKERS,

    Plaintiff,

v.

E. CHEN, et al.,

    Defendants.

Case No. 22-cv-05555 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a convicted and sentenced federal prisoner currently confined at the USP Marion in Illinois, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against a state court judge and under *Bivens*[1] against a district court judge and several federal employees. Dkt. No. 1. On August 10, 2023, the Court revoked Plaintiff's *in forma pauperis* status under 28 U.S.C. § 1915(g) because Plaintiff had three or more prior dismissals and was not under imminent danger of serious physical injury at the time of the filing of the action. Dkt. No. 24. Plaintiff was directed to pay the full filing fee ($402) within fourteen days from the date of the order or face dismissal. *Id.* at 3. The deadline of August 24, 2023, has passed, and Plaintiff has failed to pay the filing fee. Accordingly,

---

[1] *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

this matter is DISMISSED for failure to pay the filing fee.

**IT IS SO ORDERED.**

**Dated: __September 5, 2023_____**

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\0555Akers_dism(fee)

2