UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTGOMERY CARL AKERS,<br><br>        Plaintiff,<br><br>    v.<br><br>E. CHEN, et al.,<br><br>        Defendants. | Case No. 22-cv-05555 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action for failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ___September 5, 2023_____

                            BETH LABSON FREEMAN
                            United States District Judge

Judgment
PRO-SE\BLF\CR.22\0555Akers_judgment